**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 96-10090
(Summary Calendar)

MARK S. VELLA,

Plaintiff-Appellant,

versus

IRVING TOOL & MANUFACTURING
COMPANY, INC.,

Defendant-Appellee.

Appeal from the United States District Court
For the Northern District of Texas, Dallas Division
(3:95-CV-0304-T)

September 20, 1996

Before GARWOOD, WIENER, and PARKER, Circuit Judges:

PER CURIAM:[*]

This is an appeal from the district court's grant of summary judgment in favor of Defendant-Appellee Irving Tool and Manufacturing Company (Irving) on Plaintiff-Appellant Mark S. Vella's Title VII retaliation claim. Vella asserts that the

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

district court erred in determining that insufficient summary judgment evidence exists to create a genuine issue of material fact as to whether Irving's proffered business reason for firing Vella was a pretext for discrimination. In conducting our *de novo* review, we carefully evaluated the record on appeal, the arguments of counsel for both parties as set forth in their briefs to this court, and the applicable law, and we have come to the same conclusions as did the district court in its well-reasoned and thoughtful opinion. We therefore affirm in all respects the district court's grant of summary judgment for the same reasons expressed therein by the district court.

AFFIRMED.